IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS.** | § § | **CRIMINAL NO. 21-1011** |
| **JOSE CARDENAS-MARTINEZ** | § § | |

**ORDER ON DEFENDANT JOSE CARDENAS-MARTINEZ'
UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

Defendant Jose Cardenas-Martinez' Motion to Allow Withdrawal of Counsel is hereby:

_____   GRANTED

_____   DENIED

Signed on this the \_\_\_\_\_ day of _____, 2022.

_____
United States District Judge